UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MURPHY, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

NOTRE DAME OF MARYLAND UNIVERSITY, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-297

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, NOTRE DAME OF MARYLAND UNIVERSITY, INC., with prejudice and without fees and costs.

Dated: New York, New York
       May 1, 2023

                         **GOTTLIEB & ASSOCIATES**

                         */s/Michael A. LaBollita, Esq.*

                         Michael A. LaBollita, Esq., (ML-9985)
                         150 East 18th Street, Suite PHR
                         New York, NY 10003
                         Phone: (212) 228-9795
                         Fax: (212) 982-6284
                         Michael@Gottlieb.legal

                         *Attorneys for Plaintiffs*

SO ORDERED:

*Paul A. Sandepbe* (signature)
_____
United States District Court Judge
  Dated: May 4, 2023